IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEVEN BENJAMIN SCHWARZ, | * |
| Plaintiff, | * |
| v. | Case No. 5:19-CV-00072-MTT |
| | * |
| PULASKI STATE PRISON, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 10, 2020, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 10th day of July, 2020.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk